JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARAMAYIS MOVSISYAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.<br>and DOES I through X; and ROE BUSINESS<br>ENTITIES I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:15-cv-00488-MMD-CWH<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their respective counsel participated in a private mediation on December 30, 2015, during which the parties and their counsel were able to agree upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between THOMAS W. ASKEROTH, ESQ. of the law firm GREENMAN, GOLDBERG, RABY & MARTINEZ, Attorneys for Plaintiff ARAMAYIS MOVSISYAN and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

///

///

///

///

///

CLAC 3302575.1

1. That the claims herein of Plaintiff ARAMAYIS MOVSISYAN against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Respectfully submitted this 6th day of January, 2016.

| GREENMAN, GOLDBERG RABY & MARTINEZ | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Thomas W. Askeroth | /s/ Jerry S. Busby |
| THOMAS W. ASKEROTH, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 011513 | Nevada Bar # 001107 |
| 601 South Ninth Street | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89107 |
| (702) 384-1616 | (702) 366-1125 |
| Attorneys for Plaintiff ARAMAYIS MOVSISYAN | Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 6, 2016

CLAC 3302575.1

2